SHURA GLINSKAYA, Appellant, v ALLEN ZELMAN, as Administrator of the Estate of JOSEPH BERGER, Deceased, Respondent, et al., Defendants.

Submitted July 6, 2015; decided September 22, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

MICHAEL WESLEY HARRIS, Appellant, v THE UNION THEOLOGICAL SEMINARY IN THE CITY OF NEW YORK, Respondent.

Submitted August 10, 2015; decided September 22, 2015

Motion for reconsideration of this Court's June 25, 2015 dismissal order denied [see 25 NY3d 1182 (2015)].

LITTLETON CONSTRUCTION LTD., Appellant, v HUBER CONSTRUCTION, INC., et al., Respondents.

Submitted August 17, 2015; decided September 22, 2015

Motion to enlarge the record denied.

Judge FAHEY taking no part.

In the Matter of the Estate of MAGDA CORDELL MCHALE, Deceased. DENISE KELLEHER et al., Respondents; EVAN MCHALE, Appellant. CHARITABLE BENEFICIARIES, Interested Party-Respondent.

Submitted July 27, 2015; decided September 22, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.